JUDGE MARRERO

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN   DISTRICT OF   NEW YORK

CHARLES R. BEMBRY and MICHAEL POOLE

**SUMMONS IN A CIVIL CASE**

V.

NEW YORK METRO AREA POSTAL UNION,
AMERICAN POSTAL UNION, AFL-CIO,
CLARICE TORRENCE

CASE NUMBER: 08 CV 02369

TO: (Name and address of defendant)

NEW YORK METRO AREA POSTAL UNION, AMERICAN POSTAL UNION,
AFL-CIO, and CLARICE TORRENCE
350 WEST 31st STREET, NEW YORK N.Y. 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT N. FELIX, ESQ.
11 BROADWAY, SUITE 715
NEW YORK, N.Y. 10004
212-747-1433

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAR 0 7 2008

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 04-08-08 |
| NAME OF SERVER (PRINT) ISAAC CASTELLO | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 350 W. 31st NY NY 10001

[x] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Clarice Torrance

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

Signature of Server: Castello 0967206

Address of Server: 1284 E. 48th ST. Bklyn NY 11234

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.