JUDGE MARRERO

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

CHARLES R. BEMBRY and MICHAEL POOLE

### SUMMONS IN A CIVIL CASE

V.

NEW YORK METRO AREA POSTAL UNION,
AMERICAN POSTAL UNION, AFL-CIO,
CLARICE TORRENCE

CASE NUMBER:

**08 CV 02369**

TO: (Name and address of defendant)

NEW YORK METRO AREA POSTAL UNION,  AMERICAN POSTAL UNION,
AFL-CIO,and CLARICE TORRENCE
350 WEST 31st  STREET, NEW YORK N.Y. 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT N. FELIX, ESQ.
11 BROADWAY, SUITE 715
NEW YORK, N.Y. 10004
212-747-1433

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 0 7 2008

CLERK

DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

|  | DATE 4 - 08 - 08. |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) _ISAAC CASTELLO_ | TITLE _PROCESS SERVER_ |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant.  Place where served: _350 W. 31st ST. NY NY 10061_

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _CLARICE TORRENCE._

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                        Date

_Castello 0967206_
Signature of Server

_1284 East 48 TH ST. Bklyn NY #1234_
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.