UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X
CHARLES R. BEMBRY and
MICHAEL POOLE,

                                   08-CV-02369 (VM) (FM)

         Plaintiffs,

- against -

NEW YORK METRO AREA
POSTAL UNION, AMERICAN
POSTAL UNION, AFL-CIO, and
CLARICE TORRENCE,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

### AFFIDAVIT OF LARRY CARY

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

      Larry Cary, being duly sworn, deposes and says:

      1.     I am a member of the firm of Cary Kane LLP, attorneys for defendants,

identified in the Complaint as New York Metro Area Postal Union, American Postal

Union, AFL-CIO[1] (hereafter "Union") and Clarice Torrence (hereafter "Torrence" and

collectively "defendants"). I am fully familiar with all the facts and circumstances

herein.

      2.     I submit this affidavit in support of defendants' motion to partially dismiss

plaintiffs' Complaint.

---

[1] Plaintiffs' Complaint misnames the New York Metro Area Postal Union's parent union. The New York Metro Area Postal Union is a branch of the American Postal Workers Union, AFL-CIO, not the American Postal Union.

3936-1

                                                                   1

3.       Annexed hereto as Exhibit A is a copy of the Form LM-2 Labor Organization Annual Report ("LM-2") filed by the Union with the Department of Labor on June 28, 2007.  This LM covers the period April 1, 2006 through March 31, 2007.

4.       Annexed hereto as Exhibit B is a copy of a letter to Torrence, as president of the Union from, *inter alia,* plaintiffs, dated August 21, 2007.

5.       Annexed hereto as Exhibit C is a copy of a letter to, *inter alia*, plaintiffs from the Union, dated August 24, 2007.

6.       Annexed hereto as Exhibit D is a copy of a letter to Torrence, as president of the Union from, *inter alia*, plaintiffs, dated November 9, 2007.

7.       Annexed hereto as Exhibit E is a copy of a letter to, *inter alia*, plaintiffs from the Union, dated November 13, 2007, along with copies of the envelopes in which the letter was sent showing that, as alleged by plaintiffs, the letter was not received by Bembry.

8.       Annexed hereto as Exhibit F is a copy of the most recent New York Metro Area Postal Union Constitution.

_____
Larry Cary

Sworn to before me this
24 day of April, 2008

_____
Notary Public

JANET I. CRUZ-DIAZ
Notary Public, State of New York
No. 01CR6018875
Qualified in Richmond County
Commission Expires January 19, 2011

# AFFIDAVIT OF LARRY CARY EXHIBIT A 1

# EXHIBIT A

Return

## FORM LM-2 LABOR ORGANIZATION ANNUAL REPORT

U.S. Department of Labor
Employment Standards
Administration
Office of Labor-Management
Standards
Washington, DC 20210

MUST BE USED BY LABOR ORGANIZATIONS WITH $250,000 OR MORE IN TOTAL ANNUAL RECEIPTS AND LABOR ORGANIZATIONS IN TRUSTEESHIP

Form Approved
Office of Management and
Budget
No. 1215-0188
Expires: 12-31-2010

This report is manadatory under P.L. 86-257, as amended.  Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.

| For Official Use Only | 1. FILE NUMBER 506-753 | 2. PERIOD COVERED From 4/1/2006 Through 3/31/2007 | 3. (a) AMENDED - Is this an amended report: No<br>(b) HARDSHIP - Filed under the hardship procedures: No<br>(c) TERMINAL - This is a terminal report: No |
|---|---|---|---|

| 4. AFFILIATION OR ORGANIZATION NAME<br>POSTAL WORKERS, AMERICAN, AFL-CIO | 8. MAILING ADDRESS (Type or print in capital letters) | |
|---|---|---|
| 5. DESIGNATION (Local, Lodge, etc.)<br>LOCAL UNION | 6. DESIGNATION NBR<br>10 | First Name<br>CLARICE | Last Name<br>TORRENCE |
| 7. UNIT NAME (if any)<br>NEW YORK METRO AREA | | P.O Box - Building and Room Number<br>3RD FLOOR |
| | | Number and Street<br>350 WEST 31ST STREET |
| 9. Are your organization's records kept at its mailing address? Yes | | City<br>NEW YORK |
| | | State<br>NY | ZIP Code + 4<br>10001 |

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned individual's knowledge and belief, true, correct and complete (See Section V on penalties in the instructions.)

26. SIGNED: Clarice Torrence    PRESIDENT    27. SIGNED: Wilfredo Figueroa    TREASURER

Date: Jun 28, 2007    Contact Info:    Date: Jun 28, 2007    Contact Info:

Form LM-2 (Revised 2003)

## ITEMS 10 THROUGH 21

10. During the reporting period did the labor organization create or participate in the administration of a trust or a fund or organization, as defined in the instructions, which provides benefits for members or beneficiaries?  Yes

11. During the reporting period did the labor organization have a Political Action Committee (PAC) fund?  No

12. During the reporting period did the labor organization have an audit or review of its books and records by an outside accountant or by a parent body auditor/representative?  No

13. During the reporting period did the labor organization discover any loss or shortage of funds or other assets? (Answer "Yes" even if there has been repayment or recovery.)  No

14. What is the maximum amount recoverable under the labor organization's fidelity bond for a loss caused by any officer, employee or agent of the labor organization who handled union funds?  $500,000

15. During the reporting period did the labor organization acquire or dispose of any assets in a manner other than purchase or sale?  No

16. Were any of the labor organization's assets pledged as security or encumbered in any way at the end of the reporting period?  No

17. Did the labor organization have any contingent liabilities at the end of the reporting period?  No

18. During the reporting period did the labor organization have any changes in its constitution or bylaws, other than rates of dues and fees, or in practices/procedures listed in the instructions?  No

19. What is the date of the labor organization's next regular election of officers?  04/2009

Form LM-2 (Revised 2003)

20. How many members did the labor organization have at the end of the reporting period?  7,308

21. What are the labor organization's rates of dues and fees?

### Rates of Dues and Fees

| Dues/Fees | Amount | | Unit | Minimum | Maximum |
|---|---|---|---|---|---|
| (a) Regular Dues/Fees | $22.56 | per | BIWEEKLY | | |
| (b) Working Dues/Fees | | per | | | |
| (c) Initiation Fees | | per | | | |
| (d) Transfer Fees | | per | | | |
| (e) Work Permits | | per | | | |

# STATEMENT A - ASSETS AND LIABILITIES

FILE NUMBER: 506-753

**ASSETS**

| ASSETS | Schedule Number | Start of Reporting Period (A) | End of Reporting Period (B) |
|---|---|---|---|
| 22. Cash | | $2,971,766 | $2,368,521 |
| 23. Accounts Receivable | 1 | $486,283 | $463,024 |
| 24. Loans Receivable | 2 | $0 | $0 |
| 25. U.S. Treasury Securities | | $0 | $0 |
| 26. Investments | 5 | $5,735,445 | $6,250,387 |
| 27. Fixed Assets | 6 | $16,227 | $14,621 |
| 28. Other Assets | 7 | $1,277 | $1,978 |
| **29. TOTAL ASSETS** | | $9,210,998 | $9,098,531 |

**LIABILITIES**

| LIABILITIES | Schedule Number | Start of Reporting Period (A) | End of Reporting Period (B) |
|---|---|---|---|
| 30. Accounts Payable | 8 | $260,683 | $283,895 |
| 31. Loans Payable | 9 | $0 | $0 |
| 32. Mortgages Payable | | $0 | $0 |
| 33. Other Liabilities | 10 | $170,562 | $285,141 |
| **34. TOTAL LIABILITIES** | | $431,245 | $569,036 |

| **35. NET ASSETS** | $8,779,753 | $8,529,495 |
|---|---|---|

Form LM-2 (Revised 2003)

## STATEMENT B - RECEIPTS AND DISBURSEMENTS

FILE NUMBER: 506-753

| CASH RECEIPTS | SCH | AMOUNT |
|---|---|---|
| 36. Dues and Agency Fees | | $4,042,981 |
| 37. Per Capita Tax | | $0 |
| 38. Fees, Fines, Assessments, Work Permits | | $0 |
| 39. Sale of Supplies | | $0 |
| 40. Interest | | $101,245 |
| 41. Dividends | | $0 |
| 42. Rents | | $0 |
| 43. Sale of Investments and Fixed Assets | 3 | $1,595 |
| 44. Loans Obtained | 9 | $0 |
| 45. Repayments of Loans Made | 2 | $0 |
| 46. On Behalf of Affiliates for Transmittal to Them | | $0 |
| 47. From Members for Disbursement on Their Behalf | | $0 |
| 48. Other Receipts | 14 | $81,001 |
| **49. TOTAL RECEIPTS** | | $4,226,822 |

| CASH DISBURSEMENTS | SCH | AMOUNT | |
|---|---|---|---|
| 50. Representational Activities | 15 | $898,421 | |
| 51. Political Activities and Lobbying | 16 | $43,929 | |
| 52. Contributions, Gifts, and Grants | 17 | $28,139 | |
| 53. General Overhead | 18 | $1,024,536 | |
| 54. Union Administration | 19 | $403,992 | |
| 55. Benefits | 20 | $225,142 | |
| 56. Per Capita Tax | | $1,578,787 | |
| 57. Strike Benefits | | $0 | |
| 58. Fees, Fines, Assessments, etc. | | $0 | |
| 59. Supplies for Resale | | $0 | |
| 60. Purchase of Investments and Fixed Assets | 4 | $513,262 | |
| 61. Loans Made | 2 | $0 | |
| 62. Repayment of Loans Obtained | 9 | $0 | |
| 63. To Affiliates of Funds Collected on Their Behalf | | $0 | |
| 64. On Behalf of Individual Members | | $0 | |
| 65. Direct Taxes | | $120,565 | |
| | | | |
| 66. Subtotal | | $4,836,773 | |
| 67. Withholding Taxes and Payroll Deductions | | | |
| 67a. Total Withheld | $457,457 | | |
| 67b. Less Total Disbursed | $450,751 | | |
| 67c. Total Withheld But Not Disbursed | | $6,706 | |
| **68. TOTAL DISBURSEMENTS** | | $4,830,067 | |

Form LM-2 (Revised 2003)

## SCHEDULE 1 - ACCOUNTS RECEIVABLE AGING SCHEDULE

FILE NUMBER: 506-753

| Entity or Individual Name (A) | Total Account Receivable (B) | 90-180 Days Past Due (C) | 180+ Days Past Due (D) | Liquidated Account Receivable (E) |
|---|---|---|---|---|
| Totals from all other accounts receivable | $463,024 | | | $0 |
| **TOTALS** (Column (B) Total will be automatically entered in Item 23, Column (B)) | $463,024 | $0 | $0 | $0 |

Form LM-2 (Revised 2003)

## SCHEDULE 2 - LOANS RECEIVABLE

FILE NUMBER: 506-753

There was no data found for this schedule.

## SCHEDULE 3 - SALE OF INVESTMENTS AND FIXED ASSETS

FILE NUMBER: 506-753

| Description (if land or buildings give location) (A) | Cost (B) | Book Value (C) | Gross Sales Price (D) | Amount Received (E) |
|---|---|---|---|---|
| MORTGAGE BACKED BONDS | $1,595 | $1,595 | $1,595 | $1,595 |
| **Total of all lines** | $1,595 | $1,595 | $1,595 | $1,595 |
| | | | 14. Less Reinvestments | $0 |
| (Net Sales total will automatically entered in Item 43) | | | **15. Net Sales** | $1,595 |

Form LM-2 (Revised 2003)

## SCHEDULE 4 - PURCHASE OF INVESTMENTS AND FIXED ASSETS    FILE NUMBER: 506-753

| Description (if land or buildings, give location)<br>(A) | Cost<br>(B) | Book Value<br>(C) | Cash Paid<br>(D) |
|---|---|---|---|
| COMPUTER EQUIPMENT | $4,711 | $4,711 | $4,711 |
| APWU LOCAL 10 BUILDING CORP- CAPITAL CONTRIBUTION | $508,551 | $508,551 | $508,551 |
| Total of all lines | $513,262 | $513,262 | $513,262 |
|  |  | 14. Less Reinvestments | $0 |
| (Net Purchases total will automatically entered in Item 60) | | 15. Net Purchases | $513,262 |

Form LM-2 (Revised 2003)

## SCHEDULE 5 - INVESTMENTS

FILE NUMBER: 506-753

| Description<br>(A) | Amount<br>(B) |
|---|---|
| **Marketable Securities** | |
| 1. Total Cost | $3,233 |
| 2. Total Book Value | $3,233 |
| 3. List each marketable security which has a book value over $5000 and exceeds 5% of Line 2. | |
| ▪ . | $0 |
| **Other Investments** | |
| 4. Total Cost | $6,247,154 |
| 5. Total Book Value | $6,247,154 |
| 6. List each other investment which has a book value over $5000, of Line 5.  Also list each Trust which is an investment. | |
| ▪ APWU LOCAL 10 BUILDING CORP | $6,247,154 |
| **7. Total of Lines 2 and 5** (Total will be automatically entered in Item 26, Column(B)) | **$6,250,387** |

Form LM-2 (Revised 2003)

## SCHEDULE 6 - FIXED ASSETS

FILE NUMBER: 506-753

| Description (A) | Cost or Other Basis (B) | Total Depreciation or Amount Expensed (C) | Book Value (D) | Value (E) |
|---|---|---|---|---|
| 1. Land (give location) | $0 | | $0 | $0 |
| 3. Buildings (give location) | $0 | $0 | $0 | $0 |
| 5. Automobiles and Other Vehicles | $0 | $0 | $0 | $0 |
| 6. Office Furniture and Equipment | $183,005 | $168,384 | $14,621 | $14,621 |
| 7. Other Fixed Assets | $0 | $0 | $0 | $0 |
| **8. Totals of Lines 1 through 7** (Column(D) Total will be automatically entered in Item 27, Column(B)) | $183,005 | $168,384 | $14,621 | $14,621 |

Form LM-2 (Revised 2003)

## SCHEDULE 7 - OTHER ASSETS

FILE NUMBER: 506-753

| Description (A) | Book Value (B) |
|---|---|
| PREPAID EXPENSES | $1,978 |
| **Total Other Assets** (Total will be automatically entered in Item 28, Column(B)) | $1,978 |

Form LM-2 (Revised 2003)

## SCHEDULE 8 - ACCOUNTS PAYABLE AGING SCHEDULE

FILE NUMBER: 506-753

| Entity or Individual Name<br>(A) | Total Account<br>Payable<br>(B) | 90-180 Days<br>Past Due<br>(C) | 180+ Days Past<br>Due<br>(D) | Liquidated<br>Account<br>(E) |
|---|---|---|---|---|
| Total from all other accounts payable | $283,895 | $0 | $0 | $0 |
| **Total Accounts Payable** (Column(B) Total will be automatically entered in Item 30, Column(D)) | $283,895 | $0 | $0 | $0 |

Form LM-2 (Revised 2003)

## SCHEDULE 9 - LOANS PAYABLE

FILE NUMBER: 506-753

There was no data found for this schedule.

## SCHEDULE 10 - OTHER LIABILITIES

FILE NUMBER: 506-753

| Description (A) | Amount at End of Period (B) |
|---|---|
| ACCRUED VACATION & SICK PAY | $285,141 |
| **Total Other Liabilities** (Total will be automatically entered in Item 33, Column(D)) | **$285,141** |

Form LM-2 (Revised 2003)

## SCHEDULE 11 - ALL OFFICERS AND DISBURSEMENTS TO OFFICERS

FILE NUMBER: 506-753

| | (A) Name | (B) Title | (C) Status | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) thru (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|
| A B C | CHARLES   BEMBRY JR EXECUTIVE SECRETARY | | | $77,943 | $0 | $184 | $0 | $78,127 |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 5 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 10 % |
| A B C | JOSEPH  R  CAPOBIANC ASST.DIR.,NJI & BMC | | | $12,797 | $500 | $615 | $0 | $13,912 |
| I | Schedule 15 Representational Activities | 98 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 2 % |
| A B C | CHARLES  J  CARNES TREASURER | | | $75,230 | $0 | $108 | $0 | $75,338 |
| I | Schedule 15 Representational Activities | 15 % | Schedule 16 Political Activities and Lobbying | 1 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 74 % | Schedule 19 Administration | 10 % |
| A B C | DOROTHY  M  DAVIS DIR. BX. N | | | $5,013 | $0 | $0 | $0 | $5,013 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | 10 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 0 % |
| A B C | ABRIITO   EL DIRECTOR OF ORG. | | | $75,194 | $0 | $131 | $0 | $75,325 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 10 % |
| A B C | WILFREDO   FIGUEROA ASST. DIR. MORGAN P. & DC | | | $4,549 | $350 | $50 | $0 | $4,949 |
| I | Schedule 15 | | Schedule 16 Political | | Schedule 17 | | Schedule 18 | | Schedule 19 | |

| I | Representational Activities | 98 % | Activities and Lobbying | 0 % | Contributions | | 0 % | General Overhead | | 0 % | Administration | 2 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A B C | JOANN   FLAGLER<br>DIRECTOR, CLERK DIVISION | | | $26,040 | | $500 | | $28 | | | $0 | $26,568 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | | 0 % | Schedule 18 General Overhead | 5 % | Schedule 19 Administration | 5 % | |
| A B C | YOLANDA   GRANT<br>DIR. MORGAN P &DC | | | $8,708 | | $350 | | $0 | | | $0 | $9,058 |
| I | Schedule 15 Representational Activities | 100 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 0 % | |
| A B C N | HECTOR   LOPEZ<br>SECTOR AIDE | | | $3,924 | | $250 | | $0 | | | $0 | $4,174 |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 15 % | Schedule 17 Contributions | | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 0 % | |
| A B C | DULINE   MCCOY<br>ASST. DIR. BRONX DIVISION | | | $9,057 | | $350 | | $18 | | | $0 | $9,425 |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 5 % | Schedule 17 Contributions | | 5 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 5 % | |
| A B C | ADRIANO   MEASSO<br>DIRECTOR NJI & BMC | | | $19,595 | | $400 | | $496 | | | $0 | $20,491 |
| I | Schedule 15 Representational Activities | 98 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 2 % | |
| A B C | JAMES E MOORE<br>SECTOR AIDE | | | $13,119 | | $0 | | $391 | | | $0 | $13,510 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 10 % | |
| A B C | TIMOTHY   NEILAN<br>DIRECTOR DVD | | | $6,364 | | $250 | | $296 | | | $0 | $6,910 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | 5 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 5 % | Schedule 19 Administration | 0 % |
| A B C | HERMAN B NICHOLLS VICE PRESIDENT | | $6,413 | | $250 | | $60 | | $0 | $6,723 |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 15 % |
| A B C | MICHAEL POOLE COORD. V.P. | | $9,050 | | $0 | | $112 | | $0 | $9,162 |
| I | Schedule 15 Representational Activities | 30 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 70 % |
| A B C N | WILLIAM R PUGH DIR. MOTOR VEHICLES | | $16,705 | | $500 | | $0 | | $0 | $17,205 |
| I | Schedule 15 Representational Activities | 80 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 20 % |
| A B C | YVETTE REYES SECTOR AIDE | | $5,630 | | $250 | | $63 | | $0 | $5,943 |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 5 % | Schedule 17 Contributions | 5 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 5 % |
| A B C N | PHILLIP ROSSO ASST. DIR. MAINT. | | $2,621 | | $250 | | $0 | | $0 | $2,871 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | 5 % | Schedule 17 Contributions | 5 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 0 % |
| A B C N | GIACOMO RUTIGLIANO DIR. MAINT. | | $4,673 | | $250 | | $0 | | $0 | $4,923 |
| I | Schedule 15 Representational Activities | 80 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 20 % |
| A B C | FRANSICO SANCHEZ DIR. INDUSTRIAL RELATIONS | | $80,024 | | $100 | | $61 | | $0 | $80,185 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| C | | | | | | | | | |
| I | Schedule 15 Representational Activities | 80 % | Schedule 16 Political Activities and Lobbying | 5 % | Schedule 17 Contributions | 5 % | Schedule 18 General Overhead | 5 % | Schedule 19 Administration | 5 % |

| | | | | | |
|---|---|---|---|---|---|
| A | NORMAN    SHEPHERD JR | | | | |
| B | ASST. DIR. CLERK CRAFT | $19,041 | $250 | $82 | $0 | $19,373 |
| C | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 70 % | Schedule 16 Political Activities and Lobbying | 10 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 20 % |

| | | | | | |
|---|---|---|---|---|---|
| A | CLARICE    TORRENCE | | | | |
| B | PRESIDENT | $101,034 | $1,750 | $1,197 | $0 | $103,981 |
| C | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 45 % | Schedule 16 Political Activities and Lobbying | 5 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 5 % | Schedule 19 Administration | 45 % |

| | | | | | |
|---|---|---|---|---|---|
| A | SHARON    TYRRELL | | | | |
| B | ASST. DIRECTOR DVD | $5,791 | $350 | $54 | $0 | $6,195 |
| N | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | 5 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 5 % | Schedule 19 Administration | 0 % |

| | | | | | |
|---|---|---|---|---|---|
| A | CLARENCE    WALL JR | | | | |
| B | EXECUTIVE VP | $87,100 | $250 | $1,193 | $0 | $88,543 |
| C | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 50 % | Schedule 16 Political Activities and Lobbying | 10 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 40 % |

| | | | | | |
|---|---|---|---|---|---|
| A | GREGORY  C  WILSON | | | | |
| B | LEGISLATIVE DIRECTOR | $30,601 | $100 | $50 | $0 | $30,751 |
| C | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 40 % | Schedule 16 Political Activities and Lobbying | 40 % | Schedule 17 Contributions | 10 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 10 % |

| | | | | | |
|---|---|---|---|---|---|
| A | CHARES    ZLATKIN | | | | |
| B | V.P. EDITOR | $30,065 | $0 | $1,122 | $0 | $31,187 |
| N | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 75 % | Schedule 16 Political Activities and Lobbying | 10 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 10 % | Schedule 19 Administration | 5 % |

| | | | | | |
|---|---|---|---|---|---|
| A | DAMON    BRANCH SECTOR AIDE | $6,495 | $0 | $0 | $0 | $6,495 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B/C | P | | | | | | | | | |
| I | Schedule 15 Representational Activities | 94 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 6 % |
| A/B/C | GYNTTEEN  A  CUTHBERT ASST. DIR. D.V.D. P | | | $552 | | $0 | | $0 | | $0 | $552 |
| I | Schedule 15 Representational Activities | 94 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 6 % |
| A/B/C | PATRICK  J  HAYES DIR. MAIL HANDLER DIV P | | | $275 | | $0 | | $0 | | $0 | $275 |
| I | Schedule 15 Representational Activities | 100 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 0 % |
| A/B/C | MARVIN  L  HODGES DIR. MAINTENANCE DIVISION | | | $550 | | $0 | | $0 | | $0 | $550 |
| I | Schedule 15 Representational Activities | 100 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 0 % |
| A/B/C | WILLIAM  E  KREUTER ASST. DIR. MAINTENANCE P | | | $8,286 | | $250 | | $0 | | $0 | $8,536 |
| I | Schedule 15 Representational Activities | 98 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 2 % |
| A/B/C | SYNTHIA  R  NARI VICE PRESIDENT P | | | $437 | | $0 | | $0 | | $0 | $437 |
| I | Schedule 15 Representational Activities | 100 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 0 % |
| A/B/C | MAXIMO    RIVERA ASST. DIR. BRONX DIVISION P | | | $4,237 | | $0 | | $0 | | $0 | $4,237 |
| I | Schedule 15 Representational Activities | 100 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 0 % |

| | | | | | |
|---|---|---|---|---|---|
| A<br>B KATTIE R WILLIAMS<br>DIR. MOTOR VEHICLE DIV.<br>P<br>C | | $275 | $0 | $0 | $0 | $275 |

| I | Schedule 15<br>Representational<br>Activities | 100<br>% | Schedule 16<br>Political<br>Activities and<br>Lobbying | 0 % | Schedule 17<br>Contributions | 0 % | Schedule 18<br>General<br>Overhead | 0 % | Schedule 19<br>Administration | 0 % |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Total Officer Disbursements** | $757,388 | $7,500 | $6,311 | $0 | $771,199 |
| **Less Deductions** | | | | | $245,402 |
| **Net Disbursements** | | | | | $525,797 |

Form LM-2 (Revised 2003)