# AFFIDAVIT OF LARRY CARY EXHIBIT A 2

## SCHEDULE 12 - DISBURSEMENTS TO EMPLOYEES

FILE NUMBER: 506-753

| | (A) Name | (B) Title | (C) Other Payer | (D) Gross Salary Disbursements (before any deductions) | | (E) Allowances Disbursed | | (F) Disbursements for Official Business | | (G) Other Disbursements not reported in (D) thru (F) | | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A B C | GISELLE E AMBURSLEY TRUSTEE N/A | | | $22,484 | | $250 | | $50 | | $0 | | $22,784 |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 10 % | Schedule 17 Contributions | | 5 % | Schedule 18 General Overhead | | 0 % | Schedule 19 Administration | 0 % |
| A B C | ELEANOR BAILEY CHAIR OF ELEC. COMMITTEE N/A | | | $13,046 | | $0 | | $441 | | $0 | | $13,487 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | | 0 % | Schedule 18 General Overhead | | 0 % | Schedule 19 Administration | 100 % |
| A B C | LIDIANN DIAZ ADMINISTRATIVE N/A | | | $52,966 | | $0 | | $100 | | $181 | | $53,247 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | | 0 % | Schedule 18 General Overhead | | 100 % | Schedule 19 Administration | 0 % |
| A B C | SAM JOHNSON OFFICE CLEANING N/A | | | $34,320 | | $0 | | $89 | | $0 | | $34,409 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | | 0 % | Schedule 18 General Overhead | | 100 % | Schedule 19 Administration | 0 % |
| A B C | ERNESTO JORDAN SHOP STEWARD N/A | | | $11,675 | | $0 | | $260 | | $0 | | $11,935 |
| I | Schedule 15 Representational Activities | 40 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | | 0 % | Schedule 18 General Overhead | | 20 % | Schedule 19 Administration | 40 % |
| A B C | WAYNE LEWIS SHOP STEWARD N/A | | | $10,447 | | $1,500 | | $12 | | $0 | | $11,959 |
| I | Schedule 15 Representational Activities | 98 % | Schedule 16 Political Activities and | 0 % | Schedule 17 Contributions | | 2 % | Schedule 18 General Overhead | | 0 % | Schedule 19 Administration | 0 % |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A B C | ALDO MACIOCI<br>SHOP STEWARD<br>N/A | | Lobbying | | $13,706 | $400 | $111 | | $0 | $14,217 |
| I | Schedule 15 Representational Activities | 98 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 2 % |
| A B C | KEJA MCCLARIN<br>SHOP STEWARD<br>N/A | | | | $11,569 | $250 | $58 | | $0 | $11,877 |
| I | Schedule 15 Representational Activities | 75 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 25 % |
| A B C | SHILDA MOTLEY SIMMONS<br>SHOP STEWARD<br>N/A | | | | $25,611 | $0 | $460 | | $0 | $26,071 |
| I | Schedule 15 Representational Activities | 60 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 40 % |
| A B C | JAMES PEREZ<br>SHOP STEWARD<br>N/A | | | | $13,348 | $250 | $9 | | $0 | $13,607 |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 15 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 0 % |
| A B C | LILLIAN PURNELL<br>ADMINISTRATIVE<br>N/A | | | | $59,107 | $0 | $0 | | $180 | $59,287 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 100 % | Schedule 19 Administration | 0 % |
| A B C | FLORENCE SUMMERGRAD<br>SHOP STEWARD<br>N/A | | | | $19,557 | $400 | $0 | | $0 | $19,957 |
| I | Schedule 15 Representational Activities | 98 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 2 % |
| A B C | MARTHA J WILLIAMS<br>ADMINISTRATIVE<br>N/A | | | | $58,806 | $0 | $0 | | $180 | $58,986 |
| | Schedule 15 | | Schedule 16 | | | | Schedule 18 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| I | Representational Activities | 0 % | Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | General Overhead | 100 % | Schedule 19 Administration | 0 % |
| A B C | DOLORES YOUNG SHOP STEWARD N/A | | | $12,333 | | $0 | | $767 | $0 | $13,100 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 100 % |
| A B C | TAWANDA YOUNG DIRECTOR HUMAN RELATIONS N/A | | | $42,235 | | $150 | | $2,469 | $0 | $44,854 |
| I | Schedule 15 Representational Activities | 40 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 60 % |
| A B C | THEODORO NICHOLAS SHOP STEWARD N/A | | | $35,994 | | $950 | | $276 | $0 | $37,220 |
| I | Schedule 15 Representational Activities | 96 % | Schedule 16 Political Activities and Lobbying | 2 % | Schedule 17 Contributions | 2 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 0 % |
| | TOTALS RECEIVED BY EMPLOYEES MAKING LESS THAN $10000 | | | $178,919 | | $11,450 | | $3,349 | $0 | $193,718 |
| I | Schedule 15 Representational Activities | 78 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 4 % | Schedule 19 Administration | 18 % |
| | Total Employee Disbursements | | | $616,123 | | $15,600 | | $8,451 | $541 | $640,715 |
| | Less Deductions | | | | | | | | | $212,055 |
| | Net Disbursements | | | | | | | | | $428,660 |

Form LM-2 (Revised 2003)

## SCHEDULE 13 - MEMBERSHIP STATUS

FILE NUMBER: 506-753

| Category of Membership (A) | Number (B) | Voting Eligibility (C) |
|---|---|---|
| ACTIVE | 6,884 | Yes |
| INACTIVE | 424 | Yes |
| Members | 7,308 | |
| Agency Fee Payers* | | |
| **Total Members/Fee Payers** | 7,308 | |
| *Agency Fee Payers are not considered members of the labor organization. | | |

Form LM-2 (Revised 2003)

# DETAILED SUMMARY PAGE - SCHEDULES 14 THROUGH 19

FILE NUMBER: 506-753

| SCHEDULE 14   OTHER RECEIPTS | |
|---|---:|
| 1. Named Payer Itemized Receipts | $8,746 |
| 2. Named Payer Non-itemized Receipts | $9,687 |
| 3. All Other Receipts | $62,568 |
| 4. Total Receipts | $81,001 |

| SCHEDULE 17   CONTRIBUTIONS, GIFTS & GRANTS | |
|---|---:|
| 1. Named Payee Itemized Disbursements | $12,000 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $11,902 |
| 4. To Employees | $2,123 |
| 5. All Other Disbursements | $2,114 |
| 6. Total Disbursements | $28,139 |

| SCHEDULE 15   REPRESENTATIONAL ACTIVITIES | |
|---|---:|
| 1. Named Payee Itemized Disbursements | $25,244 |
| 2. Named Payee Non-itemized Disbursements | $5,788 |
| 3. To Officers | $516,088 |
| 4. To Employees | $310,239 |
| 5. All Other Disbursements | $41,062 |
| 6. Total Disbursements | $898,421 |

| SCHEDULE 18   GENERAL OVERHEAD | |
|---|---:|
| 1. Named Payee Itemized Disbursements | $460,757 |
| 2. Named Payee Non-itemized Disbursements | $180,090 |
| 3. To Officers | $70,061 |
| 4. To Employees | $216,065 |
| 5. All Other Disbursements | $97,563 |
| 6. Total Disbursements | $1,024,536 |

| SCHEDULE 16   POLITICAL ACTIVITIES AND LOBBYING | |
|---|---:|
| 1. Named Payee Itemized Disbursements | $0 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $38,866 |
| 4. To Employees | $5,063 |
| 5. All Other Disbursements | |
| 6. Total Disbursement | $43,929 |

| SCHEDULE 19   UNION ADMINISTRATION | |
|---|---:|
| 1. Named Payee Itemized Disbursements | $111,714 |
| 2. Named Payee Non-itemized Disbursements | $20,192 |
| 3. To Officers | $134,283 |
| 4. To Employees | $107,224 |
| 5. All Other Disbursements | $30,579 |
| 6. Total Disbursements | $403,992 |

Form LM-2 (Revised 2003)

## SCHEDULE 14 - OTHER RECEIPTS

FILE NUMBER: 506-753

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| APWU AFL-CIO<br><br>1300 L STREET NW<br>WASHINGTON<br>DC<br>20005 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $8,749 |
| | **Total of All Transactions** | | $8,749 |
| Type or Classification (B) | | | |
| INTERNATIONAL UNION | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| HYATT REGENCY HOTEL<br><br>201 S COLUMBUS BLVD<br>PHILADELPHIA<br>PA<br>19106 | REFUND OF HOTEL CHARGES | 08/24/2006 | $8,746 |
| | Total Itemized Transactions | | $8,746 |
| | Total Non-Itemized Transactions | | $938 |
| | **Total of All Transactions** | | $9,684 |
| Type or Classification (B) | | | |
| HOTEL | | | |

Form LM-2 (Revised 2003)

## SCHEDULE 15 - REPRESENTATIONAL ACTIVITIES

FILE NUMBER: 506-753

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CARY KANE, LLP<br><br>1350 BROADWAY<br>NEW YORK<br>NY<br>10018 | LEGAL REPRESENTATION | 12/19/2006 | $6,884 |
| | LEGAL REPRESENTATION | 07/18/2006 | $6,360 |
| | LEGAL REPRESENTATION | 06/15/2006 | $6,000 |
| | LEGAL REPRESENTATION | 10/05/2006 | $6,000 |
| | Total Itemized Transactions | | $25,244 |
| Type or Classification (B) | Total Non-Itemized Transactions | | $5,788 |
| LEGAL COUNSEL | Total of All Transactions | | $31,032 |

Form LM-2 (Revised 2003)

## SCHEDULE 16 - POLITICAL ACTIVITIES AND LOBBYING

FILE NUMBER 506-753

There was no data found for this schedule.

## SCHEDULE 17 - CONTRIBUTIONS, GIFTS & GRANTS

FILE NUMBER: 506-753

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| APWU-AFLCIO<br><br>1300 L STREET NW<br>WASHINGTON<br>DC<br>20005 | CAMPAIGN TO STOP CLOSING OF POST OFFICES | 10/05/2006 | $12,000 |
| | Total Itemized Transactions | | $12,000 |
| | Total Non-Itemized Transactions | | |
| | **Total of All Transactions** | | $12,000 |
| Type or Classification (B) | | | |
| INTERNATIONAL UNION | | | |

Form LM-2 (Revised 2003)

# SCHEDULE 18 - GENERAL OVERHEAD

FILE NUMBER: 506-753

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| BERDON LLP<br><br>360 MADISON AVENUE<br>NEW YORK<br>NY<br>10017 | ACCOUNTING SERVICES | 09/13/2006 | $20,036 |
| | ACCOUNTING SERVICES | 08/28/2006 | $19,668 |
| | ACCOUNTING SERVICES | 01/17/2007 | $14,645 |
| | ACCOUNTING SERVICES | 01/17/2007 | $9,088 |
| | Total Itemized Transactions | | $63,437 |
| | Total Non-Itemized Transactions | | |
| Type or Classification (B)<br>ACCOUNTING FIRM | **Total of All Transactions** | | $63,437 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CARY KANE, LLP<br><br>1350 BROADWAY<br>NEW YORK<br>NY<br>10018 | LEGAL REPRESENTATION | 02/13/2007 | $6,506 |
| | LEGAL REPRESENTATION | 08/23/2006 | $6,124 |
| | LEGAL REPRESENTATION | 09/13/2006 | $6,000 |
| | LEGAL REPRESENTATION | 11/20/2006 | $6,000 |
| | LEGAL REPRESENTATION | 01/12/2007 | $6,000 |
| Type or Classification (B)<br>LEGAL COUNSEL | LEGAL REPRESENTATION | 03/09/2007 | $6,000 |
| | Total Itemized Transactions | | $36,630 |
| | Total Non-Itemized Transactions | | $3,356 |
| | **Total of All Transactions** | | $39,986 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CERIDIAN<br>10989<br><br>NEWARK<br>NJ<br>08691 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $13,068 |
| | **Total of All Transactions** | | $13,068 |
| Type or Classification (B)<br>PAYROLL PROCESSOR | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CITICORP VENDOR FINANCE<br>7247<br><br>PHILADELPHIA<br>PA<br>19170 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $20,809 |
| | **Total of All Transactions** | | $20,809 |
| Type or Classification (B)<br>EQUIPMENT LEASING VENDOR | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CONSOLIDATED COLOR PRESS<br><br>307 7TH AVENUE, SUITE 602<br>NEW YORK<br>NY<br>10001 | NEWSLETTER | 06/15/2006 | $6,653 |
| | NEWSLETTER | 11/03/2006 | $6,193 |
| | NEWSLETTER | 01/26/2007 | $6,132 |
| | NEWSLETTER | 02/22/2007 | $6,132 |
| | NEWSLETTER | 03/23/2007 | $6,132 |
| Type or Classification (B)<br>PRINTING VENDOR | NEWSLETTER | 09/07/2006 | $6,043 |
| | NEWSLETTER | 11/20/2006 | $6,043 |

| | | | |
|---|---|---|---|
| | NEWSLETTER | 12/29/2006 | $6,043 |
| | NEWSLETTER | 04/10/2006 | $5,646 |
| | NEWSLETTER | 05/15/2006 | $5,501 |
| | NEWSLETTER | 07/19/2006 | $5,501 |
| | MEMBERSHIP CARDS | 05/15/2006 | $5,156 |
| | Total Itemized Transactions | | $71,175 |
| | Total Non-Itemized Transactions | | $6,570 |
| | **Total of All Transactions** | | $77,745 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| COVAD COMMUNICATIONS 39000  SAN FRANCISCO CA 94139 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $6,092 |
| | **Total of All Transactions** | | $6,092 |
| Type or Classification (B) | | | |
| TELECOMMUNICATIONS PROVIDER | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CREST OFFICE PRODUCTS  448 WEST 16TH STREET NEW YORK NY 10011 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $15,015 |
| | **Total of All Transactions** | | $15,015 |
| Type or Classification (B) | | | |
| OFFICE SUPPLIES VENDOR | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES 41601  PHILADELPHIA PA 19101 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $29,696 |
| | **Total of All Transactions** | | $29,696 |
| Type or Classification (B) | | | |
| EQUIPMENT LEASING VENDOR | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| DORNEY PARK  3830 DORNEY PARK ROAD ALLENTOWN PA 18104 | MEMBERSHIP EVENT | 06/16/2006 | $33,320 |
| | MEMBERSHIP EVENT | 08/23/2006 | $13,794 |
| | Total Itemized Transactions | | $47,114 |
| | Total Non-Itemized Transactions | | |
| | **Total of All Transactions** | | $47,114 |
| Type or Classification (B) | | | |
| AMUSEMENT PARK | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| GAIN COMMUNICATIONS, INC. | RETAINER | 06/15/2006 | $5,110 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| 411 SETTE DRIVE, BLDG. S-4<br>PARAMUS<br>NJ<br>07652 | Total Itemized Transactions | | $5,110 |
| | Total Non-Itemized Transactions | | $535 |
| | **Total of All Transactions** | | **$5,645** |
| Type or Classification (B) | | | |
| TELECOM SYSTEM MAINTENANCE VENDOR | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| GARY SCHOICHET<br><br>351 WEST 24TH STREET<br>NEW YORK<br>NY<br>10011 | NEWSLETTER | 06/09/2006 | $7,250 |
| | NEWSLETTER | 02/08/2007 | $6,900 |
| | NEWSLETTER | 03/12/2007 | $6,900 |
| | NEWSLETTER | 07/14/2006 | $6,500 |
| | NEWSLETTER | 09/08/2006 | $6,500 |
| Type or Classification (B) | NEWSLETTER | 10/10/2006 | $6,500 |
| | NEWSLETTER | 11/14/2006 | $6,500 |
| CONSULTANT | NEWSLETTER | 12/19/2006 | $6,500 |
| | NEWSLETTER | 01/08/2007 | $6,500 |
| | NEWSLETTER | 04/06/2006 | $5,000 |
| | NEWSLETTER | 05/09/2006 | $5,000 |
| | Total Itemized Transactions | | $70,050 |
| | Total Non-Itemized Transactions | | $4,418 |
| | **Total of All Transactions** | | **$74,468** |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| HEWIG & MARVIC, INC.<br><br>2 BRADFORD COURT<br>TENAFLY<br>NJ<br>07670 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $6,288 |
| | **Total of All Transactions** | | **$6,288** |
| Type or Classification (B) | | | |
| PRINTING VENDOR | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| LESLIE'S NETWORK MANAGEMENT<br><br>116 S. CENTRE STREET<br>SOUTH ORANGE<br>NJ<br>07079 | IT SYSTEM MAINTENANCE | 11/03/2006 | $6,683 |
| | IT SYSTEM MAINTENANCE | 09/21/2006 | $6,303 |
| | IT SYSTEM MAINTENANCE | 01/26/2007 | $6,238 |
| | IT SYSTEM MAINTENANCE | 08/24/2006 | $5,863 |
| | IT SYSTEM MAINTENANCE | 04/24/2006 | $5,618 |
| | IT SYSTEM MAINTENANCE | 06/05/2006 | $5,618 |
| Type or Classification (B) | IT SYSTEM MAINTENANCE | 07/21/2006 | $5,618 |
| COMPUTER TECHNICIAN | IT SYSTEM MAINTENANCE | 12/29/2006 | $5,618 |
| | IT SYSTEM MAINTENANCE | 12/07/2006 | $5,597 |
| | IT SYSTEM MAINTENANCE | 06/30/2006 | $5,318 |
| | IT SYSTEM MAINTENANCE | 10/20/2006 | $5,318 |
| | IT SYSTEM MAINTENANCE | 02/22/2007 | $5,318 |
| | IT SYSTEM MAINTENANCE | 03/12/2007 | $5,317 |
| | IT SYSTEM MAINTENANCE | 03/29/2007 | $5,317 |
| | Total Itemized Transactions | | $79,744 |
| | Total Non-Itemized Transactions | | $1,095 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| | **Total of All Transactions** | | $80,839 |
| MERKLE DIRECT MARKETING 64897 BALTIMORE MD 21264 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $9,097 |
| | **Total of All Transactions** | | $9,097 |
| Type or Classification (B) | | | |
| DATA PROCESSOR | | | |
| MICELI & KOENIG CPA'S, P.C. 485 UNDERHILL BLVD.,STE 100 SYOSSET NY 11791 | ACCOUNTING SERVICES | 07/01/2006 | $7,408 |
| | Total Itemized Transactions | | $7,408 |
| | Total Non-Itemized Transactions | | $10,381 |
| | **Total of All Transactions** | | $17,789 |
| Type or Classification (B) | | | |
| ACCOUNTING FIRM | | | |
| MYRON MANUFACTURING 802616 CHICAGO IL 60680 | MEMBER ORGANIZER DIARIES | 12/19/2006 | $11,407 |
| | Total Itemized Transactions | | $11,407 |
| | Total Non-Itemized Transactions | | |
| | **Total of All Transactions** | | $11,407 |
| Type or Classification (B) | | | |
| PRINTING VENDOR | | | |
| NEW YORK STATE INSURANCE FUND 199 CHURCH STREET NEW YORK NY 10007 | WORKERS COMPENSATION INSURANCE | 12/19/2006 | $8,954 |
| | WORKERS COMPENSATION INSURANCE | 04/10/2006 | $7,886 |
| | WORKERS COMPENSATION INSURANCE | 05/09/2006 | $5,632 |
| | Total Itemized Transactions | | $22,472 |
| | Total Non-Itemized Transactions | | $6,692 |
| Type or Classification (B) | | | |
| INSURANCE COMPANY | **Total of All Transactions** | | $29,164 |
| PAETEC COMMUNICATIONS, INC. 1282 BUFFALO NY 14240 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $18,382 |
| | **Total of All Transactions** | | $18,382 |
| Type or Classification (B) | | | |
| TELECOMMUNICATIONS | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| PROVIDER | | | |
| PITNEY BOWES CREDIT CORP. 856460 LOUISVILLE KY 40285 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $10,251 |
| | Total of All Transactions | | $10,251 |
| Type or Classification (B) | | | |
| EQUIPMENT LEASING VENDOR | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| PITNEY BOWES PURCHASE POWER 856042 LOUISVILLE KY 40285 | POSTAGE | 04/24/2006 | $9,960 |
| | Total Itemized Transactions | | $9,960 |
| | Total Non-Itemized Transactions | | $9,830 |
| | Total of All Transactions | | $19,790 |
| Type or Classification (B) | | | |
| POSTAGE SUPPLIER | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| POSTMASTER NY 421 8TH AVENUE NEW YORK NY 10199 | POSTAGE | 06/30/2006 | $5,000 |
| | POSTAGE | 11/20/2006 | $5,000 |
| | Total Itemized Transactions | | $10,000 |
| | Total Non-Itemized Transactions | | $545 |
| | Total of All Transactions | | $10,545 |
| Type or Classification (B) | | | |
| POST OFFICE | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| TNT TRANSPORTATION 10 MANLEY STREET STATEN ISLAND NY 10309 | TRANSPORTATION FOR MEMBERSHIP EVENT | 06/16/2006 | $15,750 |
| | TRANSPORTATION FOR MEMBERSHIP EVENT | 08/23/2006 | $10,500 |
| | Total Itemized Transactions | | $26,250 |
| | Total Non-Itemized Transactions | | |
| | Total of All Transactions | | $26,250 |
| Type or Classification (B) | | | |
| CHARTER BUS SERVICE | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| WORKING ADVANTAGE ONE GROVE STREET, 2ND FLOOR WATERTOWN MA 02472 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $7,970 |
| | Total of All Transactions | | $7,970 |
| Type or Classification (B) | | | |
| TICKET BROKER | | | |

Form LM-2 (Revised 2003)

DOL Form Report (ERDS) Case 1:08-cv-02369-VM    Document 8    Filed 04/25/2008    Page 15 of 20    Page 32 of 37

## SCHEDULE 19 - UNION ADMINISTRATION

FILE NUMBER: 506-753

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| AMERICAN ARBITRATION ASSOCIATION<br><br>355 MADISON AVENUE<br>NEW YORK<br>NY<br>10017-4605 | OFFICERS ELECTION | 09/21/2006 | $46,162 |
| | Total Itemized Transactions | | $46,162 |
| | Total Non-Itemized Transactions | | |
| | **Total of All Transactions** | | $46,162 |
| Type or Classification (B)<br>ARBITRATORS | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| APWU HOTEL DEPOSIT<br><br>1300 L STREET NW<br>WASHINGTON<br>DC<br>20005 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $7,632 |
| | **Total of All Transactions** | | $7,632 |
| Type or Classification (B)<br>INTERNATIONAL UNION | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CARY KANE, LLP<br><br>1350 BROADWAY<br>NEW YORK<br>NY<br>10018 | OFFICERS ELECTION | 05/15/2006 | $8,266 |
| | Total Itemized Transactions | | $8,266 |
| | Total Non-Itemized Transactions | | $3,820 |
| | **Total of All Transactions** | | $12,086 |
| Type or Classification (B)<br>LEGAL COUNSEL | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| OXFELD COHEN, P.C.<br><br>60 PARK PLACE<br>NEWARK<br>NJ<br>07102 | MEDIATION AGREEMENT | 06/12/2006 | $7,286 |
| | Total Itemized Transactions | | $7,286 |
| | Total Non-Itemized Transactions | | |
| | **Total of All Transactions** | | $7,286 |
| Type or Classification (B)<br>LEGAL COUNSEL | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| HYATT REGENCY HOTEL<br><br>201 S COLUMBUS BLVD<br>PHILADELPHIA<br>PA<br>19106 | LODGING FOR NATIONAL CONVENTION | 08/11/2006 | $50,000 |
| | Total Itemized Transactions | | $50,000 |
| | Total Non-Itemized Transactions | | $2,764 |
| | **Total of All Transactions** | | $52,764 |
| Type or Classification (B)<br>HOTEL | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| TOM VARECHA ASSOCIATES<br><br>1350 SOUTH CALLE ROLPH<br>PALM SPRINGS<br>CA<br>92264 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $5,976 |
| | **Total of All Transactions** | | $5,976 |
| Type or Classification (B) | | | |
| PRINTING VENDOR | | | |

Form LM-2 (Revised 2003)

## SCHEDULE 20 - BENEFITS

FILE NUMBER: 506-753

| Description (A) | To Whom Paid (B) | Amount (C) |
|---|---|---|
| PENSION-OFFICERS | U.S. POSTAL SERVICE | $42,632 |
| WELFARE-OFFICERS | U.S. POSTAL SERVICE | $38,974 |
| PENSION- OFFICERS | A.P.W.U AFL-CLO | $92,133 |
| WELFARE- OFFICE STAFF | LOCAL 153 HEALTH FUND | $29,343 |
| LIFE INSURANCE-OFFICERS | U.S. POSTAL SERVICE | $9,346 |
| PENSION- OFFICE STAFF | LOCAL 153 PENSION FUND | $8,550 |
| DISABILITY INSURANCE | NY STATE INSURANCE FUND | $2,728 |
| LONG-TERM DISABILITY INSURANCE | LOCAL 153 LT DISABILITY FUND | $1,005 |
| THRIFT SAVINGS PLAN | U.S. POSTAL SERVICE | $431 |
| **Total Benefits** | | $225,142 |

Form LM-2 (Revised 2003)

## 69. ADDITIONAL INFORMATION SUMMARY

FILE NUMBER: 506-753

4/23/2008

Question 10: APWU LOCAL 10 BUILDING CORPORATION
350 WEST 31ST STREET
NEW YORK, NY 10001
PURPOSE: CORPORATION OWNS THE BUILDING WHERE THE UNION HAS ITS OFFICES.

Schedule 13 : ACTIVE MEMBERS ARE CURRENTLY EMPLOYED AND PAY DUES.

Schedule 13 : INACTIVE MEMBERS ARE TEMPORARILY NOT WORKING AND NOT PAYING DUES BUT RETAIN THE FULL RIGHTS OF A DUES PAYING MEMBER.

General Information: QUESTION 12: THE LOCAL'S INDEPENDENT ACCOUNTING FIRM HAS ISSUED A COMPILATION REPORT ON ITS FINANCIAL STATEMENTS.

LINE 71: THE FORM IS BEING SIGNED BY THE CURRENT SECRETARY TREASURER, IN OFFICE, AT THE TIME OF THIS FILING. HIS TITLE REPORTED ON SCHEDULE 11 IS THAT WHICH HE FORMERLY HELD (ASST. DIR. MORGAN P.&DC) DURING THE REPORTING PERIOD.

Form LM-2 (Revised 2003)