# AFFIDAVIT OF LARRY CARY EXHIBIT E

**Envelope 1:**

New York Metro Area Postal Union
Affiliated with American Postal Workers Union AFL-CIO
350 WEST 31ST STREET
NEW YORK, N.Y. 10001
Treasurer

Charles R. Bembry, Jr.
Executive Secretary
50 Westervelt Place
Teaneck, NJ 07666

UNCLAIMED

WE TRY TO BE LETTER PERFECT

NOV 13 2007  $05.210
MAILED FROM ZIPCODE 10001

7004 0550 0000 2085 8264

CERTIFIED MAIL

11-16-07
11/26/07
12/7
12/11

**Envelope 2:**

New York Metro Area Postal Union
Affiliated with American Postal Workers Union AFL-CIO
350 WEST 31ST STREET
NEW YORK, N.Y. 10001
Treasurer

DEC 26 2007

Timothy Neilan
Director, DVD
1002 Staghorn Lane
Stroudsburg, PA 18360

NIXIE      180 CE 1       0S  12/17/07
           RETURN TO SENDER
           UNCLAIMED
           UNABLE TO FORWARD
BC: 10001272699    *2445-15335-14-26

WE TRY TO BE LETTER PERFECT

NOV 13 2007  $05.210
MAILED FROM ZIPCODE 10001

7004 0550 0000 2085 5036

CERTIFIED MAIL



# NEW YORK METRO AREA POSTAL UNION, APWU AFL-CIO
350 WEST 31st STREET   NEW YORK, NY 10001   (212) 563-7553   Fax (212) 680-1039

**A Democratic Trade Union**

CLARICE TORRENCE
*President*

CLARENCE A. WALL, JR.
*Executive Vice President*

FRANKIE SANCHEZ
*Director of Industrial Relations*

CHARLES R. BEMBRY, JR.
*Executive Secretary*

WILFREDO FIGUEROA
*Treasurer*

ABRIITTO DIVINE P. EL
*Director of Organization*

November 13, 2007

Certify Mail 7004 0550 0000 2085 8167

Charles R. Bembry, Jr.
Executive Secretary
50 Westervelt Place
Teaneck, NJ 07666

Certify Mail 7004 0550 0000 2085 5036

Timothy Neilan
Director, DVD
1002 Staghorn Lane
Stroudsburg, PA 18360

Certify Mail 7004 0550 0000 2085 5029

Michael Poole
Coordinating VP
39 Singer Avenue
Spring Valley, NY 10977

Re: Your Letter of November 9, 2007

Dear Brothers and Union Members:

Your letter of November 9, 2007 is a near mirror image of your letter of August 21, 2007, with the exception that you have now requested additional information. My response therefore will mirror that of my previous letter to you. Please be advised that after careful consideration of your request I must again deny it. You have asked the Union to produce an unprecedented amount of its books and records for a four year period **without advancing any particular reason for why it is necessary** as a union member for the Union to be put to the extraordinary expense of assembling such materials for your review.

9138-1



As each of you occupies a union position, you are of course familiar with the rights and responsibilities each of you have under the local's constitution. After reviewing the local's constitution, I can find no special privilege granted you by dint of your position requiring that the local comply with your request.

Because Union's are membership organizations, federal law specifies the obligations of the union to file financial reports and it details when unions, if ever, must produce books and records of the description contained in your request to individual members. Moreover, the Department of Labor is authorized and responsible for overseeing the conduct of a union's financial affairs.

However, those Trustees elected with the responsibility of reviewing and examining the financial transactions of this Union did so on October 29, 2007 and will be giving their quarterly report at the membership meeting of November 14, 2007.

I believe the Union is fully compliant with its responsibilities under the law.

Fraternally yours,

Clarice Torrence
President

Wilfredo Figueroa
Treasurer

9138-1