USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-08

# CARY KANE LLP

ATTORNEYS AT LAW
1350 BROADWAY, SUITE 815
NEW YORK, N.Y. 10018
TELEPHONE (212) 868-6300
FACSIMILE (212) 868-6302
WWW.CARYKANELAW.COM





APR 28 2008

April 25, 2008

Via Overnight Mail
Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007-1312

       Re:    Bembry et ano. v. New York Metro Area Postal Union et ano.
              Case No. 08-CV-2369

Dear Judge Marrero:

       We are the attorneys for the New York Metro Area Postal Workers Union, APWU, AFL-CIO and Clarice Torrence, the defendants in this matter. Enclosed please find a courtesy copy of the defendants' Notice of Motion, Memorandum of Law in Support of Motion to Partially Dismiss the Complaint, and Affidavit of Larry Cary in support. These documents were filed by ECF today.

                                    Respectfully submitted,

                                      Rachel S. Paster

Enclosures

cc:    Mr. Robert Felix
       Ms. Clarice Torrence
       Mr. Clarence Wall

Request GRANTED. A status conference herein is scheduled for 5-16-08 at 5:00 p.m. to address the matter described above by defendant New York Area Postal Workers Union.
SO ORDERED.
4-28-08
DATE       VICTOR MARRERO, U.S.D.J.

7307-1