UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
CHARLES R. BEMBRY and
MICHAEL POOLE,

        Plaintiffs,

08-CV-02369 (VM) (FM)

- against -

NEW YORK METRO AREA POSTAL UNION, AMERICAN POSTAL UNION, AFL-CIO, and CLARICE TORRENCE,

        Defendants.
------------------------------X

## CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of April 2008, I caused to be served, via overnight mail, defendants' corrected version of its Memorandum of Law in Support of Motion to Partially Dismiss the Complaint upon:

Robert N. Felix, Esq.
11 Broadway, Suite 715
New York, NY 10004
Attorney for Plaintiffs

    by depositing a copy of same in a properly addressed wrapper into the custody of the overnight delivery service prior to the latest time designated by the overnight delivery service, as set forth in Southern District of New York Local Rule 5.3.

_____
Rachel S. Paster