UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHARLES R. BEMBRY and MICHAEL POOLE

Plaintiffs,

- against -

NEW YORK METRO AREA POSTAL UNION,
AMERICAN POSTAL UNION, AFL-CIO,
CLARICE TORRENCE,

Defendants
------------------------------------------------------------x

CV-08-2369 (VM) (FM)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties hereto, that the return date for Defendants' Motion to Partially Dismiss the Complaint shall be extended from May 26, 2008 to June 30, 2008.

**IT IS FURTHER STIPULATED AND AGREED** that opposition papers, if any, shall be served on or before June 18, 2008 and that rely papers, if any, shall be served on or before June 30, 2008.

Dated: New York, New York
       May 13, 2008

ROBERT N. FELIX, ESQ.
*Attorney for Plaintiffs*
11 Broadway, Suite 715
New York, New York 10004
(212) 747-1433

By: _____
    Robert N. Felix, Esq. (RF-4229)

CARY KANE LLP
*Attorney for Defendants*
1350 Broadway, Suite 815
New York, NY 11530
(212) 868-6800

By: _____
    Rachel Paster, Esq. (RP 1216)

SO ORDERED ON THIS 14th DAY OF MAY, 2008

_____
UNITED STATES JUDGE
Victor Marrero

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08